UNITED STATES DISTRICT COURT

Northern District of California

KINGSWY TECHNOLOGIES

                Plaintiff(s),

   v.

AMERICAS SERVICING CO

                Defendant(s).
_____/

No. C 09-02694 MEJ

**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

      Pending before the Court is Defendant's Motion to Dismiss. Upon review of the record in this action, the Court notes that the parties have not filed written consents to Magistrate Judge James' jurisdiction. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

      You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court, by way of the enclosed form (or the form on the Court's website), whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. The parties shall inform the Court of their decision by July 16, 2009.

      **IT IS SO ORDERED.**

Dated: June 25, 2009

                                                                             _____
                                                                             Maria-Elena James
                                                                             United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSWY TECHNOLOGIES<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>AMERICAS SERVICING CO<br><br>　　　　Defendant(s)._____/ | No. C   09-02694 MEJ<br><br>**CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

　　In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____　　　Signed by: _____

　　　　　　　　　　　　　　　　　　　Counsel for:_____


**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____　　　Signed by: _____

　　　　　　　　　　　　　　　　　　　Counsel for: _____

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KINGSWY TECHNOLOGIES et al,

    Plaintiff,

v.

AMERICAS SERVICING CO et al,

    Defendant.
    /

Case Number: CV09-02694 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kingsway Technologies, LLC
2111 University Avenue
Suite #C
East Palo Alto, CA 94303

Dated: June 25, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3