REGINA J. MCCLENDON (State Bar No. 184669)
JASON M. JULIAN (State Bar No. 215342)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A. dba
AMERICA'S SERVICING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSWAY TECHNOLOGIES, LLC and ANTHONIA UZOMA,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY, NDEX WEST, LLC,<br><br>Defendants. | Case No.: CV 09-2694 MHP<br><br>[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT |

After reviewing Plaintiffs' Complaint, the Court finds that it fails to state any cognizable cause of action against any defendant. Further, the Court finds that Mr. Nathaniel Basola Sobayo is improperly representing a business entity and another pro se litigant on a pro se basis. Therefore,

IT IS HEREBY ORDERED THAT:

- The Complaint is DISMISSED in its entirety without prejudice,
- Mr. Nathaniel Basola Sobayo, who is not an attorney, may not represent Kingsway Technologies, LLC or any other business entity in any lawsuit, and
- Mr. Nathaniel Basola Sobayo, who is not an attorney, may not represent Anthonia Uzoma or any other individual in any lawsuit.

IT IS SO ORDERED.

DATED: __10/7/2009__

_____
Judge Marilyn H. Patel

IT IS SO ORDERED.
Judge Marilyn H. Patel
Case No.: CV 09-2694 MHP

07685/0380/762436.1